IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Watson,  :
                Petitioner(s),  :
                                  Case Number: 1:12cv362
    vs.  :
                                  Chief Judge Susan J. Dlott
Warden, Warren Correctional Institution,  :
                Respondent(s).  :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 15, 2013 a Report and Recommendation (Doc. 19). Subsequently, the petitioner filed objections to such Report and Recommendation (Docs. 23 and 24 which are the same document).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 (Doc. 5) is **DENIED** with prejudice.

      A certificate of appealability will not issue with respect to the claims alleged in the petition, which the Court has concluded are barred from review on a procedural ground, because under the first prong of the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000), "jurists of reason" will not find it debatable whether the Court is

correct in its procedural ruling.

With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the Court will certify pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in "good faith," and therefore, will **DENY** petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity.  See Fed. R. App. P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.


        ___s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court